# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

### No. 15-4264

UNITED STATES OF AMERICA,

                                                                Plaintiff - Appellee

vs.

JON PAUL CLEMENTS,

                                                            Defendant - Appellant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF W. VA.
No. 2:14-cr-00174-1

## **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

    Undersigned appointed counsel for Appellant moves pursuant to F.R.A.P. 26(b) for an enlargement of his time to file the opening brief and appendix, now due on September 8, 2015, [ECF 18] for the reasons that follow.

    The undersigned will take a long-scheduled family vacation in Idaho for the two weeks preceding September 8, 2015 (the Tuesday immediately after Labor Day). For most of that time, counsel will be in the Idaho Rockies at a remote

-2-

location. Counsel will return home to West Virginia over the Labor Day weekend.

Under the current deadline, counsel will therefore be unable to work on the brief and appendix for two weeks – the two weeks immediately preceding the deadline. The undersigned therefore moves for an order extending the due date of the opening brief and appendix for at least two weeks, that is, until at least September 22, 2015.

Respectfully submitted August 7, 2015.

_____
Thomas J. Gillooly
Attorney at Law
P.O. Box 3024
Charleston, WV 25331
304 546-7228
fax 720-2276
tgillooly@gmail.com
*Attorney for Appellant*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2015, I electronically filed the foregoing document using the CM/ECF system, which will send notification of the filing to:

    Monica D. Coleman
    Assistant United States Attorney

_____
Thomas J. Gillooly