# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

**No. 15-4264**
_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

vs.

JON PAUL CLEMENTS,

Defendant - Appellant

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF W. VA.
No. 2:14-cr-00174-1

_____

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Undersigned appointed counsel for Appellant moves pursuant to F.R.A.P.

26(b) for a further enlargement of his time to file the opening brief and appendix,

now due on September 22, 2015, [ECF 20], due to unanticipated developments in

the undersigned's appointed cases in the Southern District of West Virginia.

The undersigned's district court cases have required more time than

expected since counsel's return from vacation on September 7, and time under the

current deadline will not be adequate to finalize the appendix (a draft of which has already been assembled by Lantagne Legal and shared with counsel for the government), or to prepare the opening brief.

Appellant therefore moves, by counsel, for a second extension of the briefing schedule, to make the appendix and opening brief due no earlier than October 6, 2015.  The undersigned is authorized by Assistant United States Attorney Monica Coleman to state that the United States does not object to the relief sought.

Respectfully submitted September 15, 2015.

Thomas J. Gillooly
Attorney at Law
P.O. Box 3024
Charleston, WV 25331
304 546-7228
fax 720-2276
tgillooly@gmail.com
*Attorney for Appellant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 15, 2015, I electronically filed the foregoing document using the CM/ECF system, which will send notification of the filing to:

Monica D. Coleman
Assistant United States Attorney

Thomas J. Gillooly